Kevin C. DIXON, Movant/Appellant,

v.

**STATE of Missouri, Respondent.**

**No. ED 98207.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 13, 2012.

Application for Transfer to Supreme
Court Denied Dec. 13, 2012.

Application for Transfer Denied
Jan. 29, 2013.

Roxanna A. Mason, St. Louis, MO, for appellant.

Chris Koster, Jessica P. Meredith, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, S.J.

## ORDER

PER CURIAM.

Movant, Kevin Dixon, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).